# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| | Case Number: 8:05-CR-168-T-27MAP |
| FIDENCIO SANTIAGO-MONTIEL | USM Number: 48247-018 |
| | Mary Mills AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) __1 and 2__ of the term of supervision.

_____ was found in violation of charge number(s) _____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New conviction for conduct, Illegal Re-entry | June 16, 2008 |
| 2 | Re-entering the United States without the express permission of the United States Attorney General | June 16, 2008 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: February 25, 2009

_____
JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

DATE: February 26th, 2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of: **TEN (10) MONTHS. The sentence imposed in the above cause shall run CONSECUTIVE to the sentence imposed in U.S. District Court, Southern District of Texas, Case No. 2:08-CR-471-001.**

\_\_\_\_\_ The Court makes the following recommendations to the Bureau of Prisons:

\_\_\_\_\_ The defendant is remanded to the custody of the United States Marshal.

\_\_\_\_\_ The defendant shall surrender to the United States Marshal for this district:

    \_\_\_ at _____ a.m.   p.m.   on _____.

    \_\_\_ as notified by the United States Marshal.

\_\_\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    \_\_\_ before 2 p.m. on _____.

    \_\_\_ as notified by the United States Marshal.

    \_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

 

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment